1  Shawn Hanson (State Bar No. 109321)
   shanson@jonesday.com
2  Katherine S. Ritchey (State Bar No. 178409)
   ksritchey@jonesday.com
3  Emily E. Booth (State Bar No. 248008)
   ebooth@jonesday.com
4  JONES DAY
   555 California Street, 26th Floor
5  San Francisco, CA 94104
   Telephone:  (415) 626-3939
6  Facsimile:  (415) 875-5700

7  Attorneys for Defendant
   STANDARD INSURANCE COMPANY
8

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11

12 | JOHN W. DEWITT,                    | Case No. CV 08 0330
13 |         Plaintiff,                 | DISCLOSURE OF NON-PARTY
   |                                    | INTERESTED ENTITIES OR
14 |    v.                              | PERSONS
15 | STANDARD INSURANCE COMPANY;        |
   | DOES 1 THROUGH 100,                |
16 |                                    |
   |         Defendant.                 |
17

18      Pursuant to the Corporate Disclosure Statement provisions in Fed. R. Civ. P. 7.1 and

19 Local Rule 3-16 Standard Insurance Company makes the following disclosures:

20      Standard Insurance Company is not a publicly traded corporation. Standard Insurance

21 Company is a wholly owned subsidiary of StanCorp Financial Group, Inc., which is a publicly

22 traded corporation. No other publicly held corporation or other publicly held entity has a direct

23 financial interest in the outcome of the litigation.

24 //
25 //
26 //
27 //
28 //

SFI-577036v1                                          Standard's Corporate Disclosure Statement

| | |
|---|---|
| Dated: January 17, 2008 | Respectfully submitted,<br><br>Jones Day<br><br>By: _/s/ Emily E. Booth_<br>Emily E. Booth<br><br>Counsel for Defendant<br>STANDARD INSURANCE COMPANY |

## PROOF OF SERVICE

I, Ruth A. Chavez, declare:

I am a citizen of the United States and employed in San Francisco County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 555 California Street, 26th Floor, San Francisco, California 94104. On January 17, 2008, I served a copy of the within document(s):

**DISCLOSURE OF NON-PARTY INTERESTED ENTITIES OR PERSONS**

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below.

☐ by placing the document(s) listed above in a sealed _____ envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a agent for delivery.

☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☐ by transmitting via e-mail or electronic transmission the document(s) listed above to the person(s) at the e-mail address(es) set forth below.

Fricker & Mellen & Associates
Timothy J. Fricker, Esq.
James G. Mellen, Esq.
Tribune Tower
409 13th Street, 17th Floor
Oakland, CA 94612
Tel: (510) 663-8484
Fax: (510) 663-0639

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the bar of this court at whose

1 | direction the service was made.

2 | Executed on January 17, 2008, at San Francisco, California.

_____
Ruth A. Chavez