Shawn Hanson (State Bar No. 109321)
shanson@jonesday.com
Katherine S. Ritchey (State Bar No. 178409)
ksritchey@jonesday.com
Emily E. Booth (State Bar No. 248008)
ebooth@jonesday.com
JONES DAY
555 California Street, 26th Floor
San Francisco, CA  94104
Telephone:     (415) 626-3939
Facsimile:     (415) 875-5700

Attorneys for Defendant
STANDARD INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN W. DEWITT,<br><br>            Plaintiff,<br><br>    v.<br><br>STANDARD INSURANCE COMPANY;<br>DOES 1 THROUGH 100,<br><br>            Defendant. | Case No.  C 08-00330 JL<br><br>CERTIFICATE OF SERVICE |

    I am a citizen of the United States and employed in San Francisco County, California. I am over the age of eighteen years and not a party to the within-entitled action.  My business address is 555 California Street, 26th Floor, San Francisco, California  94104.  I am readily familiar with this firm's practice for collection and processing of correspondence for mailing with the United States Postal Service.  On January 22, 2008, I placed with this firm at the above address for deposit with the United States Postal Service a true and correct copy of the within document(s):

- **Order Setting Initial Case Management Conference and ADR Deadlines;**
- **Notice of Assignment of Case to a United States Magistrate Judge for Trial;**
- **ECF Registration Information Handout;**

SFI-577261v1

CERTIFICATE OF SERVICE
Case No. C 08-00330 JL

- **U.S. District Court Guidelines; and**
- **Magistrate Judge James Larson Standing Orders**

in a sealed envelope, postage fully paid, addressed as follows:

> Jim Mellen
> Fricker & Mellen & Associates
> Tribune Tower
> 409 – 13th Street, 17th Floor
> Oakland, CA 94612

*Attorneys for Plaintiff John W. DeWitt*

Following ordinary business practices, the envelope was sealed and placed for collection and mailing on this date, and would, in the ordinary course of business, be deposited with the United States Postal Service on this date.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on January 22, 2008, at San Francisco, California.

*[signature]*
Constance Marie Jacobs