Shawn Hanson (State Bar No. 109321)
shanson@jonesday.com
Katherine S. Ritchey (State Bar No. 178409)
ksritchey@jonesday.com
Emily E. Booth (State Bar No. 248008)
ebooth@jonesday.com
JONES DAY
555 California Street, 26th Floor
San Francisco, CA  94104
Telephone:     (415) 626-3939
Facsimile:     (415) 875-5700

Attorneys for Defendant
STANDARD INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOHN W. DEWITT,** | Case No. C 08 0330 JL |
| **Plaintiff,** | **DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |
| v. | |
| **STANDARD INSURANCE COMPANY; DOES 1 through 100,** | |
| **Defendant.** | |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: January 23, 2008              Respectfully submitted,

                                     Jones Day


                                     By:  /s/ - Emily E. Booth
                                          Emily E. Booth

                                     Counsel for Defendant
                                     STANDARD INSURANCE COMPANY

SFI-577376v1

Declination to Proceed Before Magistrate Judge
C 08 0330 JL