UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTES

C-08-330          SAMUEL CONTI          DATE 4/25/08
Case Number       Judge

Title: JOHN DEWITT           vs STANDARD INS. CO.

Attorneys: JAMES MELLEN          SHAWN HANSON

Deputy Clerk: T. De Martini    Court Reporter: Juanita Gonzalez

Court  Pltf's  Deft's
(XXX)  (  )   (  )   1. Status Conference - Held

(  )   (  )   (  )   2.

(  )   (  )   (  )   3.

(  )   (  )   (  )   4.

(  )   (  )   (  )   5.

(  )Motion(s): (  )Granted  (  )Denied  (  )Withdrawn

(  )Granted/Denied  (  )Off Calendar  (  )Submitted

Order to be Prepared by:(  )Pltf  (  )Deft  (  )Court

Discovery Cutoff: 11/20/08    Pretrial Statements Due _____

Case Continued to 1/9/09 @ 10:00 A.M. for Pretrial Conference

Case Continued to 1/20/09 @ 9:30 A.M. for Jury Trial

Case Continued to _____ for Further Status Conference

Case Continued to 12/5/08 @ 10:00 A.M. for Motions

ORDERED AFTER HEARING:   The parties request a mediation session as soon as possible.

cc: