# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Dewitt, <br><br>            Plaintiff(s), <br><br>   v. <br><br>Standard Insurance Company, <br><br>            Defendant(s). | 08-00330 SC MED <br><br>**Notice Vacating Appointment of Mediator** |

TO COUNSEL OF RECORD:

     The appointment of Robert C. Goodman to serve as the Mediator in this matter is vacated. The ADR Unit will appoint another Mediator to this matter as soon as possible.

Dated: May 15, 2008

                                          RICHARD W. WIEKING
                                          Clerk
                                          by:    Claudia M. Forehand

                                          ADR Case Administrator
                                          415-522-2059
                                          Claudia_Forehand@cand.uscourts.gov