Shawn Hanson (State Bar No. 109321)
shanson@jonesday.com
Katherine S. Ritchey (State Bar No. 178409)
ksritchey@jonesday.com
Emily E. Booth (State Bar No. 248008)
ebooth@jonesday.com
JONES DAY
555 California Street, 26th Floor
San Francisco, CA  94104
Telephone:     (415) 626-3939
Facsimile:      (415) 875-5700

Attorneys for Defendant
STANDARD INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **JOHN W. DEWITT,**<br><br>**Plaintiff,**<br><br>v.<br><br>**STANDARD INSURANCE COMPANY; DOES 1 THROUGH 100,**<br><br>**Defendant.** | Case No. C-08-330-SC<br><br>**STIPULATION TO EXTEND DEADLINE TO COMPLETE COURT SPONSORED MEDIATION AND [PROPOSED] ORDER** |

WHEREAS, the current deadline for completing the Court sponsored mediation program is July 2, 2008;

WHEREAS, the parties are attempting to schedule a mediation the third week of August in order to accommodate Defendant's travel schedule;

WHEREAS, the third week of August is a convenient time to hold the mediation for Plaintiff and the Court appointed mediator;

1  IT IS HEREBY STIPULATED by and between Plaintiff and Defendant, through their respective counsel of record, that the deadline for completing the Court sponsored mediation will be extended 60 days to September 2, 2008.

Dated: July 1, 2008                    Respectfully submitted,

                                       Jones Day

                                       By:   /s/ Emily E. Booth
                                             Emily E. Booth

                                       Counsel for Defendant
                                       STANDARD INSURANCE COMPANY

Dated: July 1, 2008                    THE LAW OFFICES OF FRICKER & MELLEN

                                       By:   /s/ Karen Creech
                                             Karen Creech

                                       Attorney for Plaintiff John Dewitt

## ORDER

IT IS HEREBY ORDERED that the deadline for completing the Court sponsored mediation will be September 2, 2008.

Dated: _____, 2008

                                       By:_____
                                         The Honorable Samuel Conti
                                         United States District Court Judge

SFI-586587v1

Stip. to Extend Ddl. to Complete Mediation & [Proposed] Order, Case C-08-330SC