1  Shawn Hanson (State Bar No. 109321)
   shanson@jonesday.com
2  Katherine S. Ritchey (State Bar No. 178409)
   ksritchey@jonesday.com
3  Emily E. Booth (State Bar No. 248008)
   ebooth@jonesday.com
4  JONES DAY
   555 California Street, 26th Floor
5  San Francisco, CA  94104
   Telephone:     (415) 626-3939
6  Facsimile:     (415) 875-5700

7  Attorneys for Defendant
   STANDARD INSURANCE COMPANY
8

9                  UNITED STATES DISTRICT COURT

10                 NORTHERN DISTRICT OF CALIFORNIA

11                     SAN FRANCISCO DIVISION

12

| | |
|---|---|
| **JOHN W. DEWITT,**<br><br>**Plaintiff,**<br><br>v.<br><br>**STANDARD INSURANCE COMPANY; DOES 1 THROUGH 100,**<br><br>**Defendant.** | Case No. C-08-330-SC<br><br>**STIPULATION TO EXTEND DEADLINE TO COMPLETE COURT SPONSORED MEDIATION AND [PROPOSED] ORDER** |

19      WHEREAS, the current deadline for completing the Court sponsored mediation program

20  is July 2, 2008;

21      WHEREAS, the parties are attempting to schedule a mediation the third week of August

22  in order to accommodate Defendant's travel schedule;

23      WHEREAS, the third week of August is a convenient time to hold the mediation for

24  Plaintiff and the Court appointed mediator;

25

26

27

28

1   IT IS HEREBY STIPULATED by and between Plaintiff and Defendant, through their respective counsel of record, that the deadline for completing the Court sponsored mediation will be extended 60 days to September 2, 2008.

Dated: July 1, 2008                         Respectfully submitted,

                                            Jones Day

                                            By:   /s/ Emily E. Booth
                                                  Emily E. Booth

                                            Counsel for Defendant
                                            STANDARD INSURANCE COMPANY

Dated: July 1, 2008                         THE LAW OFFICES OF FRICKER & MELLEN

                                            By:   /s/ Karen Creech
                                                  Karen Creech

                                            Attorney for Plaintiff John Dewitt

**ORDER**

IT IS HEREBY ORDERED that the deadline for completing the Court sponsored mediation will be September 2, 2008.

Dated: _____ July 2 _____, 2008

                                            By:_____
                                            The Hon. Samuel Conti
                                            United States District Judge

                                            IT IS SO ORDERED
                                            Judge Samuel Conti

SFI-586587v1

- 2 -

Stip. to Extend Ddl. to Complete Mediation & [Proposed] Order, Case C-08-330SC