# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| Dewitt,<br><br>        Plaintiff(s),<br><br>v.<br><br>Standard Insurance Company,<br><br>        Defendant(s). | No. C 08-00330 SC MED<br><br>**Certification of ADR Session** |

*Instructions: The neutral shall submit this Certification to the ADR unit within 10 days after completing an ADR Session. The ADR unit will file-stamp the Certification and place it in the court file.*

1. I hereby certify that the parties in this matter held a ☒ Mediation or ☐ ENE session on (date) __8/18/2008__

2. Did the case settle?    ☒ fully    ☐ partially    ☐ no

3. If the case did not settle fully, is any follow-up contemplated?

   ☐ another session scheduled for (date) _____

   ☐ phone discussions expected by (date) _____

   ☐ no

4. **IS THIS ADR PROCESS COMPLETED?**    ☒ YES    ☐ NO

   Dated: __8/18/2008__    _____
   **Mediator, Robert Weems**
   ~~Baum & Weems~~ Weems Law Offices
   Fair-Anselm Plaza, 2nd Fl. West
   751 Center Blvd.
   Fairfax, CA 94930

**Certification of ADR Session**
08-00330 SC MED