# JONES DAY

555 CALIFORNIA STREET, 26TH FLOOR • SAN FRANCISCO, CALIFORNIA  94104

TELEPHONE: (415) 626-3939 • FACSIMILE: (415) 875-5700

Direct Number:  (415) 875-5867
ebooth@jonesday.com

September 2, 2008

VIA E-MAIL AND HAND DELIVERY

The Honorable Samuel Conti
United States District Court of the
 Northern District of California
Courtroom 1, 17th Floor
450 Golden Gate Avenue
San Francisco, CA 94102

Re:   *Dewitt v. Standard Insurance Company*, United States District Court, Northern District of California, Case No. C-08-cv-00330-SC

Dear Judge Conti:

I am writing to inform you that the parties in the above action have reached a settlement agreement.  The parties are in the process of finalizing payment pursuant to the agreement and anticipate filing a Dismissal with Prejudice by September 30, 2008.  If the case has not settled by September 30, 2008, the parties will notify the Court and request a status conference.

Thank you for your attention to this matter.

Sincerely,

/S/ Emily E. Booth

Emily E. Booth

SFI-591283v1