Fricker & Mellen & Associates
Timothy J. Fricker, Esq. 183309; frickertjf@aol.com
James G. Mellen, Esq. 122035
Tribune Tower
409 13th Street, 17th Floor
Oakland, CA 94612
Tel: (510) 663-8484
Fax: (510) 663-0639
Attorneys for Plaintiff
JOHN DEWITT

**JONES DAY**
Katherine S. Ritchey (178409)
Emily E. Booth (248008)
555 California Street, 26th Floor
San Francisco, California 94104
Tel: (415) 626-3939
Fax: (415) 875-5700
Attorneys for Defendant
STANDARD INSURANCE COMPANY;
DOES 1 THROUGH 100

# UNITED STATES DISTRICT COURT

# IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DEWITT, | Case No.: C-08-330-SC |
| Plaintiff, | |
| v. | [~~PROPOSED~~] ORDER |
| STANDARD INSURANCE COMPANY; DOES 1 THROUGH 100 | |
| Defendant. | |

Plaintiff John DeWitt and Defendant Standard Insurance Company; Does 1 Through 100 have reached a resolution in this matter.  The parties agree to dismiss this action in its entirety with prejudice, pursuant to Fed. R. Civ. P. 41(a).  Each party shall bear its own fees and costs.  The parties seek the Court's approval of dismissal of this action with prejudice through the order listed *infra*.

Page 1

| | |
|---|---|
| Dated:  September 18, 2008 | FRICKER & MELLEN & ASSOCIATES |
| | By  /s/ |
| |     Timothy J. Fricker, Esq. |
| | Attorneys for Plaintiff<br>JOHN DEWITT |
| Dated: September 18, 2008 | JONES DAY |
| | By  /s/ |
| |     Emily E. Booth, Esq. |
| | Attorneys for Defendant<br>STANDARD INSURANCE COMPANY;<br>DOES 1 THROUGH 100 |

**IT IS SO ORDERED.**

DATED: 9/22/08

_____
The Honorable Samuel Conti
United States District Judge

*IT IS SO ORDERED*
*Judge Samuel Conti*

Page 2